10/7/18

TO: Clerk
RE: United States of America
v.
Larry Collins No. 15 CR-379

M1

FILED
OCT 23 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Judge Feinerman

My name is Larry Collins and I signed a plea on Sept 28, 2018. I would like to take my plea back due to ineffective counseling. I've been trying to get my lawyer to come see me since Oct 2, 2018 so that I can put in a motion to take back my plea. I found out on 10/4/18 that my phone was illegally taped. My lawyer knew that's why he was trying to get me to sign so quick. He had me go over and talk to the prosecutor about a safety value, and explained to me what it was. I consulted with my lawyer and he told me to answer the question correctly, in which I did. He (my lawyer) comes and visit me and tells me that (answer) I didn't get the safety valve because of the guns. I never should've been charged with the guns in the first place, because I never seen or touched (the) any guns. They found the guns in a house that I don't have keys to or live at. I don't even own a gun at my own house where I lay my head. She gave me a manger role which I never played and no one ever said I was. My lawyer told me she was going to give me all these points for which my offense level would've been 40 or more. The reason I refused court on the 26th of Sept was because I didn't even see a plea. I saw the plea that night briefly. I know I came before you and

Signed, but I was under stress. This is my first time in any real trouble so I was listening to my lawyers advice. Judge Feinerman I've worked since I was 14 and went to school and played sports. When I got arrested I had 35 dollars to my name. And here I am #3 on a big conspriacy. I've been locked up for almost 40 months. I had a bond but got denied for the nature of the case in which we had no violence. I apologize for coming in front of you and signing, but I was under stress and mislead. So I'm asking can I take back my plea which they say I have 14 days to do? I'm sorry if I inconvinced you in any kind of way.

Sincerly yours

Larry Calf[signature]

Larry Collins
MCC Chicago 71 W. Van Buren St
Chicago, IL 60605



Clerk
United States District Court
Northern District of Illinois
219 South Dearborn St.
Chicago, IL 60604

LEGAL MAIL

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

ie enclosed letter was processed through special mailing procedures for forwarding to you. Th
tter has neither been opened nor inspected. If the writer raises a question or problem over which th
cility has jurisdiction, you may wish to return the materiel for further information or clarification.
e writer encloses correspondence for forwarding to another addressee, please return the enclosure
e above address.

Date: 10-09-2018



10/23/2018-49